**Eddie LaReece PITTMAN,**
**Plaintiff–Appellant,**

v.

**ARCHER WESTERN CONTRACTORS;**
**John B. McCubbin; Regginald Campbell, Defendants–Appellees.**

**No. 11–2411.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Eddie LaReece Pittman, Appellant Pro Se.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie LaReece Pittman appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pittman v. Archer W. Contractors*, No. 3:11–cv–00556–MOC–DSC, 2011 WL 5970880 (W.D.N.C. Nov. 28, 2011). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*